97 A.3d 1201

**Jamiel JOHNSON, Appellant**

v.

**John E. WETZEL, Secretary of Pa. Department of Corrections, Appellee.**

Supreme Court of Pennsylvania.

Aug. 19, 2014.

## *ORDER*

PER CURIAM.

**AND NOW,** this 19th day of August, 2014, the Order of the Commonwealth Court is **AFFIRMED.** The Application for Relief and Application for Leave to Amend Appellant's Brief are **DENIED.**